James J. DURHAM, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 106, 2017

Supreme Court of Delaware.

Submitted: September 15, 2017

Decided: November 13, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1003006262 (K)

AFFIRMED.

Quentin A. WILKERSON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 299, 2017

Supreme Court of Delaware.

Submitted: September 25, 2017

Decided: November 13, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1306023969 (S)

AFFIRMED.

Coty EDGAR, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellant.

No. 21, 2017

Supreme Court of Delaware.

Submitted: November 1, 2017

Decided: November 14, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1508012447

AFFIRMED.